IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>RONN DEAN IVERSON<br><br>Defendant. | Case No. 3:26-cr-00167<br><br>**APPLICATION FOR WRIT OF HABEAS CORPUS** |

The undersigned attorney hereby applies to the Court for the issuance of a ***Writ of Habeas Corpus*** Ad Prosequendum.

Name of detainee: Ronn Dean Iverson
Detained at (custodian) James River Corrections Center, Jamestown, ND
Detainee is charged in this District by Indictment.
Detainee will be retained in federal custody until final disposition of federal charges.

Appearance is necessary at the Federal Courthouse in Fargo, North Dakota, on November 24th, 2026 at 10:00 a.m., for the purpose of Initial Appearance/Arraignment.

Attorney Signature: /s/ Jennifer Klemetsrud Puhl
Printed Name and Telephone Number: JENNIFER KLEMETSRUD PUHL, 701-297-7400

Dated: November 4, 2026 Attorney of Record for the United States

***WRIT OF HABEAS CORPUS AD PROSEQUENDUM***

The above application is **GRANTED** and the above-named custodian, as well as the United States Marshal for this District, or any other duly-sworn federal officer or agent, are hereby **ORDERED** to produce the named detainee, on the date and time recited above, and **RETAIN** said detainee for all further proceedings as ordered by the Court, after which the detainee shall be **RETURNED** to the original custodian.

Dated: 11/4/2026 *[/s/ Alice R. Senechal]*

Magistrate Judge Alice R. Senechal
United States District Court

☐ Upon order of the Court, the named detainee has been returned to the original custodian pending further proceedings as ordered by this Court.

**RETURN OF SERVICE**

_______________ By: _______________ _______________
Date Executed Printed Name Signature